# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT Chattanooga

Paula J. Horne )
Labor Standards Unit )
Chattanooga office )
Name of plaintiff(s) )
)
v. ) Case No. 1:20-cv-55 PLR/CHS
) (to be assigned by Clerk)
State of Tennessee )
Labor & Workforce Develop- )
Commissioner: Jeff McCord )
Name of defendant(s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Filed an EEOC Complaint (Nashville), I was issued a "Right To Sue Letter" based on Harassment & Discrimination. (EEOC requested I file)

2. Plaintiff, Paula J. Horne resides at 3608 Woodmont Dr., Chattanooga
   street address / city
   Hamilton, Tn., 37415, (423) 208-0416
   county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
N/A

None known @ the present time.

1

3. Defendant, Jeff McCord lives at, or its business is located at 220 French Landing Drive, Nashville, Davidson, Tn., 37243.

street address / city / county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

see below...

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

(1) Kenneth Nealy: Director of LS Unit: Harrasment & Discrimination, Jan Caudill - Admin staff...

(2) Fred Gaston: Director, DOL HR: Harrassment & Discrimination

(3) Steve Hawkins: Assistant Deputy Commissioner: Harrassment & Discrimination

(4) Logan Bates: HR Rep.: Harrassment & Discrimination

(5) Commissioner Jeff McCord, Melanie Koewler - HR Director, & Tom Herrod, LS Administrator - Asistant to the Commissioner...

(6) Jan Caudill - Labor Standards Admin Staff-assistant to Director: Kenneth Nealy.

(7) Tom Herrod: Assistant to Commissioner, LS Unit

(8) Melanie Koewler - DOHR -

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Damages, Emotional Distress, Loss of Wages, Pain & Suffering = $5,000,000.00 (Five Million)
   b. Continue to work as an State Employee without Harassed & Discriminated Against
   c. Given Equality & Involvement on all special promotions & projects without Harassment & Discrimination.
   d. Honor my FMLA papers (USDOL Violations) Completed by 4(four) doctors without Harassment & Discrimination.

No Retialiation – EEOC & ADA Violations.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 26th day of February, 2020.

Paula J. House
Paula J. House

Signature of plaintiff (s)

3608 Woodmont Dr.
Chattanooga, Tn. 37415
(423) 208-0416
(423) 326-5386

3