# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| PAULA J. HORNE, ) | |
| ) | Case No. 1:20-cv-55 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

On July 15, 2020, the Court ordered Plaintiff to show cause for her failure to serve any Defendants. (Doc. 7). Plaintiff filed this case on February 27, 2020, and has not yet shown that she has served any of the nine Defendants listed in her complaint. (*See* Doc. 1.) The Court put Plaintiff on notice that failure to show cause would result in dismissal of this action without prejudice. Plaintiff failed to respond by the deadline the Court set forth in its order. (*Id.*) Indeed, ten days have passed since the deadline, and Plaintiff has not yet responded to the show cause order or filed anything else with the Court. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**