UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| PAULA J. HORNE, | ) |
|     *Plaintiff*, | ) Case No. 1:20-cv-55 |
| v. | ) Judge Travis R. McDonough |
| STATE OF TENNESSEE, et al., | ) Magistrate Judge Christopher H. Steger |
|     *Defendants*. | ) |

## JUDGMENT ORDER

For the reasons listed in the accompanying order, this action is **DISMISSED WITHOUT PREJUDICE**.

                                                  /s/ *Travis R. McDonough*
                                                **TRAVIS R. MCDONOUGH**
                                                **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ John Medearis
  CLERK OF COURT